UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANTHONY KINCHEN (#561357)　　　　　　　　CIVIL ACTION NO.

VERSUS　　　　　　　　　　　　　　　　　22-235-JWD-EWD

MARCUS MYERS

**ORDER**

Anthony Kinchen ("Kinchen"), who is representing himself and is confined at the Raymond Laborde Correctional Center ("RLCC") in Cottonport, Louisiana, filed this action pursuant to 42 U.S.C. § 1983, naming Warden Marcus Myers as the only defendant.[1]

Under the provisions of 28 U.S.C. §§ 1391(b)(1) and (2), and 28 U.S.C. §§ 1404(a) and 1406(a), a district court may, in the interest of justice and for the convenience of the parties, transfer a claim to a court of proper venue. Kinchen's claims arise from events[2] occurring at RLCC, and the sole named defendant, Marcus Myers, is the Warden of RLCC, which is in the Western District of Louisiana. Thus, it is proper, for the convenience of the parties and in the interest of justice, to transfer this action to the Western District of Louisiana. Accordingly,

**IT IS ORDERED** that this action is **TRANSFERRED** to the Western District of Louisiana on the Court's own motion.[3]

Signed in Baton Rouge, Louisiana, on April 29, 2022.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 1, p. 3.
[2] The Western District of Louisiana is a court of proper venue because, according to the Complaint, Kinchen is being forced to consume a vegetarian diet at RLCC due to his Rastafarian faith. Kinchen claims this is religious discrimination. *See* R. Doc. 1, p. 5. 28 U.S.C. § 1391(b)(1) and (2).
[3] A court may transfer venue *sua sponte*. *Jarvis Christian College v. Exxon Corp.*, 845 F.2d 523, 528 (5th Cir. 1988).